TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE, et al.<br><br>Defendants. | Case No. 3:21-cv-00508<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT (ECF No. 1)<br>(First Request) |

  Defendants request a two-week extension of time—until March 4, 2022—to answer Plaintiffs' Complaint in this case. The defendant agencies have been working on providing responses to the allegations in the Complaint since early January. An additional two weeks is necessary to allow for adequate review and coordination between the agencies. Defendants have not sought any other extension in this case.

Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Submitted this 16th day of February, 2022,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Tyler M. Alexander*
        TYLER M. ALEXANDER
        Trial Attorney
        Natural Resources Section
        PO Box 7611
        Washington, DC 20044-7611
        Tel: (202) 305-0238
        Fax: (202) 305-0506
        tyler.alexander@usdoj.gov

        *Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 16, 2022