TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE, et al.<br><br>Defendants. | Case No. 3:21-cv-00508<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO LODGE THE ADMINISTRATIVE RECORDS<br>(First Request) |

Defendants request a two-week extension of time—until July 8, 2022—to lodge the administrative records for this case with the Court. The defendant agencies have compiled and reviewed all of the documents that will make up their ARs, but have run into technical difficulties with bates stamping the documents and creating hyperlinked indices for the records. An additional two weeks is necessary to allow the agencies to provide the records in a form that

1

is useful to the Parties and the Court.  Defendants have previously sought—and were granted—an extension of time to answer the Complaint.

Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Submitted this 22nd day of June, 2022,

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>*/s/ Tyler M. Alexander*
>TYLER M. ALEXANDER
>Trial Attorney
>Natural Resources Section
>PO Box 7611
>Washington, DC 20044-7611
>Tel: (202) 305-0238
>Fax: (202) 305-0506
>tyler.alexander@usdoj.gov
>
>*Attorneys for Defendants*

IT IS SO ORDERED:

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: June 22, 2022

2