**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT, | Case No.: 3:21-CV-00508-LRH-CLB |
| Plaintiffs, | STIPULATED MOTION TO MODIFY THE PARTIES' BRIEFING SCHEDULE |
| vs. | |
| U.S. DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH SERVICES, U.S. FOREST SERVICE, and BUREAU OF LAND MANAGEMENT, | |
| Defendants. | |

1

The Parties hereby respectfully request to modify their briefing schedule for cross-motions on summary judgment as set forth below. This court previously adopted, in part, the Parties' joint proposed schedule (Dkt. 15), setting a motions deadline for August 31, 2022 (Dkt. 16). Defendants previously sought and were granted an unopposed motion to extend their deadlines for answering the complaint (Dkt. 11) and lodging the administrative record (Dkt. 18). Plaintiffs have not sought other extensions in this case. In hopes of avoiding motions practice, the parties have been informally conferring over the contents of the administrative records and post-decisional documents that Defendants lodged with the Court on July 7, 2022 (Dkt. 20). Due to intervening docket matters and other personal scheduling matters, counsel for the Parties have conferred and jointly seek to modify their briefing schedule on cross-motions for summary judgment as follows:

1. Plaintiffs' opening summary judgment brief shall be due **September 16, 2022**.
2. Defendants' combined cross-motion and response brief shall be due **November 2, 2022**.
3. Plaintiffs' combined response and reply brief shall be due **December 7, 2022**.
4. Defendants' reply brief shall be due **January 4, 2023**.
5. The Parties request a hearing on their cross-motions for summary judgment as soon as convenient for the Court and the parties following the close of summary judgment briefing.

Respectfully submitted this 11th day of August, 2022.

/s/ Jennifer Schwartz
Jennifer R. Schwartz
WildEarth Guardians
P.O. Box 13086
Portland, OR 97213
(503) 780-8281
jschwartz@wildearthguardians.org

*Counsel for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Tyler M. Alexander
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314
tyler.alexander@usdoj.gov

*Counsel for Defendants*

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: August 11, 2022