**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE, et al.<br><br>Defendants. | Case No. 3:21-cv-00508<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE AN EXTRA-RECORD DECLARATION<br>(First Request) |

Defendants request a one-week extension of time—until October 7, 2022—to respond to Plaintiffs' Motion for Leave to File an Extra-Record Declaration, ECF No. 26. This is the first request to extend this deadline. An extension is warranted because counsel for Defendants was on previously-scheduled leave the week of September 19 and has contracted COVID-19, limiting his ability to work. A one-week extension of time will not prejudice the Parties or delay the resolution of this case.

1

Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Submitted this 27th day of September, 2022,

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Tyler M. Alexander*
        TYLER M. ALEXANDER P
        Trial Attorney
        Natural Resources Section
        PO Box 7611
        Washington, DC 20044-7611
        Tel: (202) 305-0238
        Fax: (202) 305-0506
        tyler.alexander@usdoj.gov

        *Attorneys for Defendants*

IT IS SO ORDERED:

_____
HON. LARRY. R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: **October 3, 2022.**