# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE, et al.<br><br>Defendants. | Case No. 3:21-cv-00508<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT (First Request) |

Defendants request a two-week extension of time—until January 18, 2022—to file Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment, ECF No. 33. This is the first request to extend this deadline. An extension is warranted to allow personnel at the Defendant agencies to enjoy their holidays with their families. This short extension of time will not prejudice the Parties or delay the resolution of this case.

1

Counsel for Defendants has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

Submitted this 22nd day of December, 2022,

>TODD KIM
>Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>*/s/ Tyler M. Alexander*
>TYLER M. ALEXANDER
>Trial Attorney
>Natural Resources Section
>PO Box 7611
>Washington, DC 20044-7611
>Tel: (202) 305-0238
>Fax: (202) 305-0506
>tyler.alexander@usdoj.gov
>
>*Attorneys for Defendants*

IT IS SO ORDERED:

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: 12/22/22